FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 10 2017

By: [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ZACHARY SWANGSTU,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS ARVID FINE ART, INC.<br>and VANESSA ARVID<br><br>Defendants. | CIVIL ACTION NO.: 1:15-cv-03963-ODE |

## ORDER APPROVING SETTLEMENT AGREEMENT

Before the Court is the Parties' Joint Motion to Approve Settlement Agreement, pursuant to Section 16(b) of the Fair Labor Standards Act. The Joint Motion asks the Court to approve as fair and reasonable the proposed Settlement Agreement and General Release ("Settlement Agreement") reached by the Plaintiff and Defendants.

Having reviewed the summary of the Settlement Agreement, including the settlement amounts and late penalties, as well as the pleadings and papers on file in this action, the Court enters this Order approving the Settlement Agreement.

1. The Court FINDS that the summary of the Settlement Agreement is fair and reasonable and satisfies for approval under Section 16 (b) of the Fair Labor Standards Act.

2. The Court APPROVES the Settlement Agreement and orders that the Settlement Agreement be implemented according to the terms and conditions set forth in the agreement and summarized in the Joint Motion.

3. The Parties' Joint Motion to Approve Settlement Agreement is hereby GRANTED.

4. As part of the Parties' settlement, Civil Action No. 1:15-cv-03963-ODE is DISMISSED WITH PREJUDICE.

SO ORDERED this 9 day of January, 2017.

_____
HONORABLE ORINDA D. EVANS
UNITED STATES DISTIRCT COURT JUDGE